STATE v. CARTER

No. 160A92-3,-4

Case below: Wayne County Superior Court

Application filed by defendant for writ of habeas corpus denied 14 November 2000. Motion by defendant for stay of execution denied 20 November 2000.

STATE v. DAY

No. 344P00

Case below: 129 N.C. App. 265

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. DURHAM

No. 420P00

Case below: 139 N.C. App. 451

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. ENNIS

No. 458P00

Case below: 136 N.C. App. 668

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. EVANS

No. 490P00

Case below: 140 N.C. App. 151

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.